IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CARLOS DE'ANDRE MCDOUGAL, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 17-CV-469-SMY-RJD |
| DR. LARSON and GARY GERST, | ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

**YANDLE, District Judge:**

This matter is before the Court on the Report and Recommendation ("Report") of United States Magistrate Judge Reona J. Daly (Doc. 66), recommending the mooting of Plaintiff Carlos De'Andre McDougal's "Motion to Deter Harassment" (Doc. 47) (construed as a Motion for Preliminary Injunction). No objections have been filed to the Report. For the following reasons, Judge Daly's Report is **ADOPTED**.

When neither timely nor specific objections to a Report are made, the Court need not conduct a *de novo* review of the Report. *See Thomas v. Arn*, 474 U.S. 140 (1985). Instead, the Court reviews the Report for clear error. *Johnson v. Zema Systems Corp.,* 170 F.3d 734, 739 (7th Cir. 1999). The Court may then "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

Here, Judge Daly thoroughly discussed and supported her conclusion that Plaintiff's request for injunctive relief is moot in light of his transfer to another institution. The Court finds no clear error with respect to Judge Daly's findings, analysis or conclusions, and adopts her Report and Recommendation in its entirety.

Accordingly, Plaintiff's "Motion to Deter Harassment" (Doc. 47) is **DENIED as MOOT.**

**IT IS SO ORDERED.**

**DATED: May 10, 2019**

*[signature]*

**STACI M. YANDLE**
**United States District Judge**